IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEANNA MURRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 4:13-cv-00077 |
| DYNAMIC RECOVERY SOLUTIONS, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files this, her Notice of Voluntary Dismissal With Prejudice.  Plaintiff hereby requests that the instant matter be dismissed with prejudice and without fees or costs to either party.

Dated: July 9, 2013.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
*Of Counsel to Weisberg & Meyers, LLC*
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 250
(866) 842-3303 (fax)
cehrlich@attorneysforconsumers.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEANNA MURRAY, )<br>)<br>   Plaintiff, )<br>) | <br><br>CIVIL ACTION |
| v. )<br>) | FILE No. 4:13-cv-00077 |
| DYNAMIC RECOVERY SOLUTIONS, )<br>LLC, )<br>) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2013, I electronically filed the foregoing Voluntary Dismissal With Prejudice with the Clerk of District Court, Southern District of Georgia using the CM/ECF system. A Copy of the foregoing was mailed to:

Chad V. Echols
The Echols Firm, LLC
115 Oakland Ave., Suite 102 (29730)
P.O. Box 12645
Rock Hill SC 29731

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
*Of Counsel to Weisberg & Meyers, LLC*
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 250
(866) 842-3303 (fax)
cehrlich@attorneysforconsumers.com