FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2013 JUL 15 AM 11: 11

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| DEANNA MURRAY, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV413-077 |
| DYNAMIC RECOVERY SOLUTIONS, LLC, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is Plaintiff Deanna Murray's Notice of Voluntary Dismissal. (Doc. 6.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITH PREJUDICE** with each party to bear their own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA